UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| THE MUHLER COMPANY, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>CI CAPITAL PARTNERS, LLC; PLY GEM PRIME HOLDINGS, INC.; PLY GEM HOLDINGS INC.; PLY GEM INDUSTRIES, INC.; AWC HOLDING COMPANY; ALENCO HOLDING CORPORATION; MWM HOLDINGS, INC.; and MW MANUFACTURERS, INC.<br>Defendants. | Case No. 2:13-CV-1843-SB<br><br>NOTICE OF VOLUNTARY DISMISSAL OF CI CAPITAL PARNERS, LLC AND PLY GEM PRIME HOLDINGS, INC. |

### NOTICE OF VOLUNATRY DISMISSAL PURSUANT TO RULE 41

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, the Plaintiff, The Muhler Company, Inc., by and through counsel, hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice, against Defendant CI Capital Partners, LLC and Defendant Ply Gem Prime Holdings, Inc.

The 8th day of November, 2013.

/s/Stephanie D. Drawdy
Justin Lucey
S.C. Fed. Bar No. 5613
Stephanie D. Drawdy
S.C. Fed. Bar. No. 9996
JUSTIN O'TOOLE LUCEY, P.A.
P.O. Box 806
Mount Pleasant, SC 29465
(843) 849-8400
*Counsel for Plaintiff*

/s/Steve M. Pharr
Steve M. Pharr
S.C. Fed. Bar No. 11059
PHARR LAW, PLLC
8 West Third Street, Suite 600
Winston-Salem, NC 27101
(336) 721-2400
(336) 721-0039 (FAX)
spharr@pharrlaw.com
*Counsel for Defendants*

{Matter/Doc No: 13-0019 / 00066110.DOCX}        1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this date I served the foregoing **NOTICE OF VOLUNTARY DISMISSAL OF CI CAPITAL PARNERS, LLC AND PLY GEM PRIME HOLDINGS, INC.** upon counsel of record by electronically filing with the Court's ECF system.

D. Jay Davis, Esq.
Edward D. Buckley, Jr., Esq.
Christine Kent Toporek, Esq.
YOUNG CLEMENT RIVERS, LLP
P.O. Box 993
Charleston, SC 29402
*Counsel for Plaintiff*

Justin Lucey, Esq.
Stephanie D. Drawdy, Esq.
JUSTIN O'TOOLE LUCEY, P.A.
P.O. Box 806
Mount Pleasant, SC 29465
*Counsel for Plaintiff*

This the 8th day of November, 2013.

/s/Steve M. Pharr
Steve M. Pharr
S.C. Fed. Bar No. 11059
PHARR LAW, PLLC
8 West Third Street, Suite 600
Winston-Salem, NC 27101
(336) 721-2400
(336) 721-0039 (FAX)
spharr@pharrlaw.com
*Counsel for Defendants*